UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-cv-21928-JLK

THE SIEGER SUAREZ ARCHITECTURAL
PARTNERSHIP, INC., *a Florida
corporation,*

Plaintiff.

v.

ARQUITECTONICA INTERNATIONAL
CORPORATION, *a Florida corporation*,
REGALIA BEACH DEVELOPERS, LLC,
a *Florida limited liability corporation*, GOLDEN
BEACH DEVELOPERS, LLC, a *Florida limited
liability corporation*, REGALIA HOLDINGS,LLC,
*a Florida limited liability corporation*,
PAUL MURPHY, *an individual*, and
LUIS MONTELLO, *an individual*,

    Defendants.

_____/

### ORDER GRANTING DEFENDANTS REGALIA BEACH DEVELOPERS LLC AND GOLDEN BEACH DEVELOPERS LLC'S MOTION TO STAY DISCOVERY AND DENYING AS MOOT MOTION FOR EXTENSION OF TIME

THIS CAUSE comes before the Court upon Defendants Regalia Beach Developers, LLC and Golden Beach Developers, LLC's Motion to Stay Discovery and Motion for Extension of Time to Respond to Pending Discovery (D.E. 101), filed November 26, 2013. Upon review of the record and careful consideration, the Court finds that the Motion to Stay Discovery should be granted.

There are currently three outstanding Motions to Dismiss, each raising the challenge that the Amended Complaint fails to state a claim. The Eleventh Circuit has held that, "Facial challenges to the legal sufficiency of a claim or defense, such as a motion to dismiss based on failure to state a claim for relief, should…be resolved before discovery begins…[N]either the parties nor the court have any need for discovery before the court rules on the motion." *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1367 (11th Cir. 1997) (internal citations omitted).

Moreover, a review of the record in the instant case shows a great deal of delay. The original Complaint was filed on May 31, 2013 and yet the case has not passed the motion to dismiss stage. Parties on both sides have requested extensions of time, which have been granted by the Court. Only one of the pending Motions to Dismiss, that filed by Defendant Arquitectonica, has become ripe and Defendant Arquitectonica still has until December 9, 2013 to file a Reply. Such prolonged delay allows for increased costs in conducting discovery, as evidenced by the multiple discovery requests propounded by Plaintiff upon Defendant Regalia. In order to promote efficient use of resources, the Court finds it is prudent to stay discovery until the outstanding Motions to Dismiss are resolved.

Accordingly, upon a careful review of the record and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, and DECREED** as follows:

1. Defendants Regalia Beach Developers, LLC and Golden Beach Developers, LLC's Motion to Stay Discovery and Motion for Extension of Time (**D.E. 101**), be, and the same is, hereby **GRANTED**,

2. Discovery is hereby **STAYED** until further Order of the Court, and

3. Defendants Regalia Beach Developers, LLC and Golden Beach Developers, LLC's alternative Motion for Extension of Time to Respond to Pending Discovery be, and the same is, hereby **DENIED as moot**.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 4th day of December, 2013.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record