UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.13-21928-CIV-KING

THE SIEGER SUAREZ ARCHITECTURAL
PARTNERSHIP, INC., *a Florida
corporation,*

    Plaintiff,

v.

ARQUITECTONICA INTERNATIONAL
CORPORATION, *a Florida corporation,*
REGALIA BEACH DEVELOPERS, LLC,
*a Florida limited liability corporation*, GOLDEN
BEACH DEVELOPERS, LLC, *a Florida limited
liability corporation*, REGALIA HOLDINGS,
LLC, *a Florida limited liability corporation*,
PAUL MURPHY, *an individual*, and
LUIS MONTELLO, *an individual,*

    Defendants.
_____/

## ORDER OF FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the reasoning stated in the Court's February 14, 2014 Order Dismissing Case with Prejudice (D.E. 132) denying all relief, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that **FINAL JUDGMENT** is entered in favor of Defendants.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 14th day of February, 2014.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

CC: All Counsel of Record