UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-cv-21928-JLK

THE SIEGER SUAREZ ARCHITECTURAL
PARTNERSHIP, INC., a Florida corporation

    Plaintiff,

v.

ARQUITECTONICA INTERNATIONAL
CORPORATION, a Florida Corporation, and
REGALIA BEACH DEVELOPERS, LLC, a
Florida limited liability company and GOLDEN
BEACH DEVELOPERS, LLC, a Florida limited
liability company, REGALIA HOLDINGS, LLC
a Florida limited liability company, and PAUL
MURPHY, an individual

    Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that, Plaintiff, THE SIEGER SUAREZ ARCHITECTURAL PARTNERSHIP, INC. ("Sieger"), in the above named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order of Final Judgment [D.E. #133] entered in this action on the 14th day of February, 2014, attached hereto as Exhibit "A".[1]

---

[1] Sieger seeks review of the Order Dismissing Case with Prejudice [D.E. #132] that granted the Motions to Dismiss Amended Complaint filed by all Defendants which is the basis upon which the Court entered Final Judgment. The Order Dismissing Case With Prejudice is attached hereto as Exhibit "B".

HELLER WALDMAN, P.L.
3250 MARY STREET, SUITE 102 ● COCONUT GROVE, FLORIDA 33133

{00120694.DOCX }

          Respectfully submitted,

          HELLER WALDMAN, P.L.
*Attorneys for The Sieger Suarez Architectural Partnership, Inc.*
3250 Mary Street, Suite 102
Coconut Grove, Florida 33133
Telephone: (305) 448-4144
Telecopier: (305) 448-4155

By: /s/ Glen H. Waldman_____
    Glen H. Waldman, Esq.
    Fla. Bar No. 618624
    Jason Gordon, Esq.
    Fla. Bar No. 0012973

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 25th day of February, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System.

/s/ Glen H. Waldman_____
Glen H. Waldman

**THE SIEGER SUAREZ ARCHITECTURAL PARTNERSHIP, INC. v.
ARQUITECTONICA INTERNATIONAL CORPORATION, ET AL
CASE NO.: 13-CV-21928-King/McAliley**

**SERVICE LIST**

John Shubin
Juan Farach
Shubin & Bass, P.A.
46 S.W. 1st Street
3rd Floor
Miami, FL 33130
Phone: (305) 381-6060
Fax:    (305) 381-9457
Email: jshubin@ralaw.com
Email: jfarach@shubinbass.com

Andres Rivero
Victor Pelaez
Rivero Mestre LLP
2525 Ponce de Leon Blvd.
Suite 100
Miami, FL 33134
Phone: (305) 445-2500
Fax:    (305) 445-2505
Email: arivero@riveromestre.com
Email: vpelaez@riveromestre.com

Jeffrey J. Pardo
Elissa Gainsburg
Pardo Gainsburg, PL
200 SE 1st Street
Suite 700
Miami, Florida 33131
Phone: (305) 358-1001
Fax:    (305) 358-2001
Email: jpardo@pardogainsburg.com
Email: egainsburg@pardogainsburg.com

Jeffrey Gale
Susan Latham
Feldman Gale, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Blvd.
Miami, FL 33131
Phone: (305) 358-5001
Fax:    (305) 358-3309
Email: JFeldman@feldmangale.com
Email: SLatham@feldmangale.com